**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:  Case No: 8:09-bk-20234-KRM
        Chapter 7

**Michael J. Kiremisti**

         Debtor(s)
_____/

**CERTIFICATE OF SERVICE OF PAY ADVICES, TAX RETURN FOR 2007-2008**

      I HEREBY CERTIFY that a true and correct copy of Pay Advices, Tax Returns for 2007-2008 have been furnished via U.S. Mail to Lauren P. Green, 13611 Park Boulevard, Suite H, Seminole, Fl 33776 this **2**$^{nd}$ day of **October**, 2009.

      /s/ Jay M. Weller
      Jay M. Weller, Esq.
      Florida Bar No:985856
      Weller Legal Group, Inc.
      18820 U.S. 19 North
      Bldg. 2, Suite 200
      Clearwater, FL 33764
      (727) 539-7701