UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:09-bk-20234-KRM

Chapter 7

| | |
|---|---|
| IN RE: | : |
| | : |
| Michael J. Kiremisti | : |
| | : |
| Debtor(s). | : |
| _____ | : |

### ORDER GRANTING GRP LOAN, LLC'S
### MOTION FOR RELIEF FROM STAY AND ABANDONMENT

THIS CAUSE came on for consideration pursuant to the Motion By GRP Loan, LLC For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 29 Shadow Lane, Lakeland, Florida 33813, Docket Number 12, filed by GRP LOAN, LLC, a secured creditor in the above-styled cause. The Court, having considered said Motion, is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay. It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

Lot 218, Christina Woods Phase 6, according to the map or plat thereof as recorded in Plat Book 65, page(s) 40, of the Public Records of Polk County, Florida

29 Shadow Lane, Lakeland, Florida 33813

3. Attorney's fees may not exceed $500.00.

4. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

DATED    December 11, 2009    at Tampa, Florida.

_____
K. Rodney May
United States Bankruptcy Judge

Copies furnished to:

Michael J. Kiremisti, 29 Shadow Lane, Lakeland, FL  33813

Jay M. Weller, Esquire, Weller Legal Group, Inc., 18820 U.S. Highway 19 North, Suite 200, Clearwater, FL  33764-3166

Lauren P. Greene, 13611 Park Boulevard, Suite H, Seminole, FL  33776

Lawrence M. Weisberg, Esquire, Law Offices of Lawrence M. Weisberg, P.A., 7000 West Palmetto Park Road, Suite 409, Boca Raton, FL  33433

Gilbert Barnett Weisman, Esquire, Becket & Lee, L.L.P., 16 General Warren Boulevard, P. O. Box 3001, Malvern, PA  19355

United States Trustee – TPA7, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL  33602